# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS LAKE,<br><br>        Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA,<br><br>        Defendant. | Case No. 1:14-cv-01126<br><br>HON. GORDON J. QUIST |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that Plaintiff's Complaint shall be dismissed with prejudice, and without fees or costs awarded to any party.

Dated: January 22, 2015

| | |
|---|---|
| GOLDEN LAW OFFICES, P.C. | WELTMAN, WEINBERG & REIS CO., L.P.A. |
| /s/ B. Thomas Golden | /s/ Stuart A. Best |
| B. Thomas Golden (P70822)<br>Attorney for the Plaintiff<br>2186 West Main Street<br>P.O. Box 9<br>Lowell, Michigan 49331<br>Telephone: (616) 897-2900<br>Facsimile: (616) 897-2907<br>btg@bthomasgolden.com | Stuart A. Best (P40744)<br>Attorney for Defendant<br>2155 Butterfield, Suite 200-S<br>Troy, Michigan 48084<br>Phone: (248) 362 - 6100<br>Email: sbest@weltman.com |

### ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parties' stipulation between Plaintiff Thomas Lake ("Plaintiff") and Defendant Weltman, Weinberg & Reis, Co., L.P.A. ("Defendant") filed with this Court, Plaintiff's Complaint, is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　Hon. Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Western District of Michigan

Dated:  January 23, 2015